527 A.2d 1006

**Bohumir FRANEK, a/k/a Miro Franek, Appellee,**

v.

**SUN OIL COMPANY, and Sun Refining & Marketing Co., Inc., and Sun Tech, Inc., Appellants.**

Supreme Court of Pennsylvania.

Argued April 9, 1987.

Decided July 2, 1987.

Reargument Denied Sept. 30, 1987.

Charles W. Craven, Jeffrey W. Wagner, Philadelphia, for appellants.

Joseph B. Van Wyk, Media, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ. °

## ORDER

PER CURIAM.

The Judgment and Order of the Superior Court, 352 Pa.Super. 621, 505 A.2d 1038, reversing the Order of the Court of Common Pleas of Delaware County granting Appellants' motion for compulsory nonsuit is hereby reversed. *See* Pa.R.C.P. 227.1(b); *Estep v. Estep*, 508 Pa. 623, 500 A.2d 418 (1985).